

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00395-CV

| | | |
|---|---|---|
| MICHAEL MAGGRET AND TIFFANY MAGGRET, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-318628-20) |
| V. | § | June 3, 2021 |
| RAMSEY'S RODS AND RESTORATION, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Ramsey's Rods and Restoration shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell